UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ROBERT CARROLL,**
               **Plaintiff,**

vs.                                                                                                    1:21-CV-1197
                                                                                                       (MAD/DJS)

**THE UNITED STATES OF AMERICA,**
               **Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion to dismiss (Dkt. No. 17) is **GRANTED**; and the Court further **ORDERS** that Plaintiff's complaint (Dkt. No. 1) is **DISMISSED WITH PREJUDICE;** and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendant's favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Mae A. D'Agostino, dated the 21st day of August, 2023.

DATED: August 21, 2023

*[signature]*
Clerk of Court

s/Britney Norton
Deputy Clerk